**REMAND/JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-477-GW(Ex) | Date | March 13, 2018 |
|---|---|---|---|
| Title | *Jieun Kim, et al. v. Joseph (UK) Inc., et al.* | | |

Present: The Honorable     GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - RULING ON PLAINTIFF'S MOTION FOR ORDER REMANDING CASE TO STATE COURT AND AWARDING COSTS AND ATTORNEY'S FEES TO PLAINTIFF [12]**

Following oral argument on Plaintiff's Motion for Remand, the Court adopts its tentative ruling as its final decision on said motion. The Court would remand the case to the state court. Additionally, in light of the Court's ruling on the motion to remand, it need not address the Defendant's motion to dismiss.

_____ : _____

Initials of Preparer     JG